UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 466 ( ) ( )

ANGEL de JESUS PEGUERO BRITO   Defendant(s).
-----------------------------------------------------------------X

Defendant _Angel de Jesus Peguero Brito_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Angel de Jesus Peguero Brito_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Franklin G Soto, Esq_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2/11/22_
Date

_____
U.S. District Judge/U.S. Magistrate Judge

2/14/22