AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DEJESUS PEGUERO BRITO | ) |
| | ) Case No: 1:21-CR-466- 02(LAK) |
| | ) USM No: 53968-509 |
| Date of Original Judgment: 05/24/2022 | ) |
| Date of Previous Amended Judgment: | ) Dejesus Peguero Brito, Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____72_____ months **is reduced to** __58 months.__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___05/24/2022___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ____02/14/2022____

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Lewis A. Kaplan, U.S.D.J.
*Printed name and title*